IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GERALD REITZ,

    Petitioner,                              JUDGMENT IN A CIVIL CASE

v.                                  Case No. 15-cv-541-bbc

KOSSONDRA MOLL,

    Respondent.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the petition of Gerald Reitz for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed with prejudice pursuant to Rule 4 of the Rules Governing Section 2254 Cases.

| /s/ | 10/1/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |